## SIMS *v.* COHEN, ACTING SECRETARY OF HEALTH, EDUCATION, AND WELFARE.

No. 386, Misc.   Decided April 29, 1968.

*H. H. Gearinger* for petitioner.

*Solicitor General Marshall* for respondent.

*Israel Steingold* for the American Trial Lawyers Association, as *amicus curiae,* in support of the petition.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed.   *Hopkins* v. *Cohen, ante,* p. 530.

THE CHIEF JUSTICE and MR. JUSTICE WHITE dissent for the reasons stated in the dissenting opinion of MR. JUSTICE WHITE in *Hopkins* v. *Cohen, ante,* p. 535.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.